IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL HALL and SHAUNA HALL, | ) | Case No. 8:10cv171 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| CREDIT MANAGEMENT SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

Upon notice of settlement given to the magistrate judge by Rebecca Abell Brown, counsel for defendant,

**IT IS ORDERED:**

1. On or before **December 2, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for November 24, 2010, is cancelled upon the representation that this case is settled.

Dated this 2nd day of November 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge